**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| GREGERICK LAMAR GAY, | : |
| Plaintiff, | : |
| vs. | : |
| | : 7:05-CV-87(HL) |
| WARE COUNTY JAIL EMPLOYEES, | : |
| Defendants. | : **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| | : **BEFORE THE U.S. MAGISTRATE JUDGE** |

**O R D E R**

Plaintiff **GREGERICK GAY** filed the above-styled complaint under 42 U.S.C. § 1983.. He also sought leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). Pursuant to the provisions of the Prison Litigation Reform Act ("PLRA") pertaining to a prisoner's ability to proceed *in forma pauperis*, as codified at 28 U.S.C. § 1915(g):

> [I]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed that is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

A review of court records reveals that Petitioner has accumulated three "strikes" in the United States District Courts of the Southern and Middle Districts of Georgia at the time this lawsuit was initiated. *See*, *Gay v. Hodge*, 5:05-CV-22-WTM (S.D. Ga.); *Gay v. State of Georia*, 7:04-CV-29-HL (M.D. Ga.); *Gay v. Lee Arrendale Alto*, 7:01-CV-55-WLS (M.D. Ga.).

Accordingly, plaintiff's motion to proceed *in forma pauperis* is **DENIED** and plaintiff must pay the full filing fee within thirty (30) days of his receipt of this Order. Plaintiff's failure to comply with this order shall result in the dismissal of the complaint.

**SO ORDERED**, this 10th day of August, 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

mh