# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| GREGERICK LAMAR GAY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | 7:05-CV-87(HL) |
| vs. | : | |
| | : | |
| WARE COUNTY JAIL EMPLOYEES, | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. §1983 |
| | : | BEFORE THE U.S. MAGISTRATE JUDGE |
| Defendants. | : | |
| | : | |

## O R D E R

On August 10, 2005, plaintiff **GREGERICK LAMAR GAY** was ordered to pay the $250.00 filing fee required for civil actions in this Court inasmuch as he has previously amassed three strikes pursuant to the Prison Litigation Reform Act. Plaintiff was given thirty (30) days from the date of his receipt of the aforesaid order to comply with the directions, and he was notified that his failure to comply with the order would result in the dismissal of his complaint.

To date, the Court has heard nothing back from plaintiff Gay. Accordingly, **WITHIN TEN (10) DAYS** from the date of receipt of this order, plaintiff shall **SHOW CAUSE** to the Court, if any he has, why his lawsuit should not be dismissed for failing to pay the filing fee. Plaintiff shall advise the Court: (1) what attempts, if any, he made to pay the fee; and (2) whether he wishes to proceed with the instant lawsuit. Plaintiff's failure to respond to this order shall result in the dismissal of the complaint.

**SO ORDERED**, this 21st day of November, 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE